

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | |
|---|---|
| TERRANCE GRIFFIN,                   § | |
|     Plaintiff,   § | |
| vs.                                  § | CIVIL ACTION NO. 0:19-515-MGL-PJG |
|                                      § | |
| BRIAN STIRLING, POSTAL DIRECTOR     § | |
| BRYANT, POSTAL DIRECTOR BOWMAN,  § | |
| and POSTAL DIRECTOR K. ROBINSON,     § | |
|     Defendants.  § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Terrance Griffin (Griffin) filed this 42 U.S.C. § 1983 action against Defendants Brian Stirling, Postal Director Bryant, Postal Director Bowman, and Postal Director K. Robinson (collectively, Defendants) alleging several constitutional violations. He is self represented.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Defendants' motion for summary judgment be granted. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 19, 2021, the Clerk entered Griffin's objections on April 28, 2021, and Defendants filed a reply to the objections on April 29, 2021.  The Court has carefully reviewed Griffin's objections, but holds them to be without merit.  It will therefore enter judgment accordingly.

Griffin lists eleven objections in his four-page submissions.  But, his objections generally consists of nothing more than conclusory statements concerning issues the Magistrate Judge has already considered and rejected.  Inasmuch as the Court agrees with the Magistrate Judge's treatment of these matters, it need not repeat the discussion of those same arguments here.

To the extent there are arguments in these objections not covered in the Report, however, they are so lacking in merit as not to require any discussion.  Consequently, the Court will overrule Griffin's objections.

After a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court overrules Griffin's objections, adopts the Report, and incorporates it herein.  Therefore, it is the judgment of this Court Defendants' motion for summary judgment is **GRANTED** as to Griffin's federal claims against Defendants.  These claims are **DISMISSED WITHOUT PREJUDICE**.

To the extent he has brought any state claims against Defendants, the Court declines to exercise supplemental jurisdiction over them.  Therefore, those claims are also **DISMISSED WITHOUT PREJUDICE**.  He can bring them in state court if he wishes to do so.

**IT IS SO ORDERED**.

Signed this 5th day of May, 2021, in Columbia, South Carolina.

s/ Mary G. Lewis
MARY G. LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*
**NOTICE OF RIGHT TO APPEAL**

Griffin is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.

3